IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**SYLVANIA FREDERICK, III,**

    **Plaintiff,**

v.                                                 Case No. 4:23-cv-50-AW-MAF

**BETHESDA MEM'L HOSP., et al.,**

    **Defendants.**

_____/

## ORDER OF DISMISSAL

Sylvania Frederick III filed this lawsuit, presenting claims that are difficult to discern. The case is subject to the PLRA, and the magistrate judge screened the case and recommends dismissal. ECF No. 17. I have considered the report and recommendation, and I have considered de novo the issues raised in the objection, ECF No. 18. I have determined that the case should be dismissed without prejudice, and I now adopt the report and recommendation and incorporate it into this order. The clerk will enter a judgment that says, "This case is dismissed without prejudice." The clerk will close the file.

SO ORDERED on May 5, 2023.

                                       s/ *Allen Winsor*
                                       United States District Judge